

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2015

No. 04-14-00374-CR

Luis Arnaldo **BAEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

Appellant's motion for rehearing was originally due to be filed on October 29, 2015. Appellant's first unopposed motion for extension of time was granted, extending the deadline to file the motion for rehearing to November 30, 2015.

On November 30, 2015, appellant filed a second motion for extension of time, stating he received notice on November 19, 2015 of a court hearing on December 1, 2015, which would preclude him from completing the motion for rehearing. The second motion for extension of time was granted, extending the deadline for filing the motion for rehearing to December 14, 2015.

On December 14, 2015, appellant filed a third motion for extension of time entitled "final motion for extension of time," stating a client emergency precluded him from completing the motion for rehearing and requesting an extension to December 28, 2015. The motion is GRANTED. **<u>NO FURTHER MOTIONS FOR EXTENSIONS OF TIME WILL BE CONSIDERED OR GRANTED</u>**. Appellant's motion for rehearing must be filed in this court by December 28, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2015.



Keith E. Hottle
Clerk of Court